HON. MARSHA J. PECHMAN

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

9
10

| | |
|---|---|
| HEATHER HALEY, as an individual and as a representative of the classes, | Case No. 2:13-cv-01915-MJP |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | |
| TALENTWISE, INC. f/k/a/ TALENTWISE SOLUTIONS, LLC f/k/a INTELIUS SCREENING SOLUTIONS, LLC, , | Note on Motion Calendar: March 14, 2014 |
| Defendant. | |

11
12
13
14
15
16
17

18    Pursuant to Local Rule 7(n), Plaintiff Heather Haley respectfully submits this Notice of

19  Supplemental Authority in further support of Plaintiff's Opposition to Defendant's Motion to

20  Dismiss the Amended Complaint.  On February 20, 2014, the United States filed a brief in

21  *Dowell v. Gen. Info. Servs., Inc.*  Memorandum of the United States of America in Support of

22  the Constitutionality of § 1681c of the Fair Credit Reporting Act at 17, *Dowell v. Gen. Info.*

23  *Servs., Inc.,* No. 13-CV-02581-L-BGS (S.D. Cal., Feb. 20, 2014) (stating at 17 that dismissed

24  charges, even if associated with a conviction, may not be reported under the Fair Credit

25  Reporting Act).

26    A copy of the United States' brief is attached hereto as Exhibit A.  Because the relevant

27  portion of the United States' brief cites to the allegations in *King v. General Info. Servs. Inc.*,

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY - 1
CASE NO. 2:13-CV-01915-MJP

1 No. 2:10-cv-6850-PBT (E.D. Pa. Feb. 14, 2011), a copy of the operative complaint in *King* is

2 attached hereto as Exhibit B.

3 Date: March 3, 2014              NICHOLS KASTER, PLLP

4
                         By:  /s/Daniel C. Bryden
5
                           E. Michelle Drake*
                           Email:  drake@nka.com
6
                           Daniel C. Bryden*
                           Email:  dbryden@nka.com
7
                           4600 IDS Center
8
                           80 South Eighth Street
                           Minneapolis, Minneapolis 55402
9
                           Telephone:  (612) 256-3200
                           Facsimile:  (612) 215-6870
10
                           *admitted *pro hac vice*

11
                      TERRELL MARSHALL DAUDT & WILLIE PLLC
12
                      By:/s/Beth E. Terrell, WSBA #26759
13
                         Beth E. Terrell, WSBA #26759
                         Email:  bterrell@tmdwlaw.com
14
                         Erika L. Nusser, WSBA #40854
                         Email:  enusser@tmdwlaw.com
15
                         936 North 34th Street, Suite 300
                         Seattle, Washington 98103-8869
16
                         Telephone:  (206) 816-6603
17
                         Facsimile:  (206) 350-3528

18
                      *Attorneys for Plaintiff and Proposed Classes*

19 <u>**CERTIFICATE OF SERVICE**</u>

20

21      I hereby certify that on March 3, 2014, I caused the foregoing to be electronically

22 filed with the Clerk of Court using the CM/ECF system which will send notification of such

23 filing to all counsel of record.

24 Date:  March 3, 2014             /s/Daniel C. Bryden
                               Daniel C. Bryden

25

26

27

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY - 2
CASE NO. 2:13-CV-01915-MJP

**NICHOLS KASTER, PLLP**
4600 IDS Center, 80 S 8th Street
Minneapolis, MN 55402
TEL. 612-256-3200 • FAX 612-338-4878