HON. MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEATHER HALEY, as an individual and as a representative of the classes,<br><br>Plaintiff,<br><br>v.<br><br>TALENTWISE, INC. f/k/a TALENTWISE SOLUTIONS, LLC f/k/a INTELIUS SCREENING SOLUTIONS, LLC,<br><br>Defendant. | NO. 13-cv-01915-MJP<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO FILE UNDER SEAL<br><br>NOTE ON MOTION CALENDAR: FRIDAY, SEPTEMBER 12, 2014 |

THIS MATTER came before the Court on Plaintiff's Motion to File Under Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS HEREBY ORDERED that:

Plaintiff's Motion to File Under Seal is hereby DENIED. TalentWise's waiver of the protections of attorney-client privilege and the common interest doctrine is limited to the previously redacted statement on March 4, 2012 e-mail in Exhibit C to the Declaration of

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION TO FILE UNDER SEAL- 1
(13-cv-01915-MJP)

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Daniel C. Bryden in Support of Plaintiff's Memorandum in Opposition to Defendant's Motion

2  for Partial Summary Judgment, Dkt. 54-3, and shall not operate as a waiver of such protections

3  as to any other documents or information.

4  DATED this 27th day of October, 2014.

HONORABLE MARSHA J. PECHMAN

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP

By /s/ Arthur W. Harrigan, Jr.
By /s/ Tyler L. Farmer
By /s/ Damon C. Elder
   Arthur W. Harrigan, Jr., WSBA #1751
   Tyler L. Farmer, WSBA #39912
   Damon C. Elder, WSBA #46754
   999 Third Avenue, Suite 4400
   Seattle, WA 98104
   Tel: (206) 623-1700
   Fax: (206) 623-8717
   Email: arthurh@calfoharrigan.com
   Email: tylerf@calfoharrigan.com
   Email: damone@calfoharrigan.com

*Attorneys for Defendant TalentWise Inc.*

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION TO FILE UNDER SEAL- 2
(13-cv-01915-MJP)

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717